```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 04 B 09074
   CORA L BALDWIN
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-6303

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 03/08/2004 and was confirmed 05/05/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  32.75% from remaining funds.

     The case was dismissed after confirmation 10/29/2008.
--------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------
FORD MOTOR CREDIT           SECURED         7100.00           850.49         7100.00
FORD MOTOR CREDIT           UNSECURED       2603.22            .00            202.14
FORD MOTOR CREDIT           NOTICE ONLY     NOT FILED          .00              .00
WELLS FARGO FINANCIAL IL    SECURED          614.84           344.69          614.84
WELLS FARGO                 UNSECURED       NOT FILED          .00              .00
INTERNAL REVENUE SERVICE    PRIORITY        3776.62            .00           3776.62
AT & T CABLE SERVICES       UNSECURED       NOT FILED          .00              .00
CAPITAL ONE BANK            UNSECURED        762.69            .00             59.22
COMMONWEALTH EDISON         UNSECURED       NOT FILED          .00              .00
HOME SERVICE CENTER HEAT    UNSECURED       NOT FILED          .00              .00
PEOPLES GAS LIGHT & COKE    UNSECURED            .00           .00              .00
SHOPPERS CHARGE ACCOUNTS    UNSECURED         279.15           .00             21.68
US CELLULAR                 UNSECURED       NOT FILED          .00              .00
RESURGENT CAPITAL SERVIC    UNSECURED         383.06           .00             29.74
INTERNAL REVENUE SERVICE    UNSECURED         612.42           .00             47.55
ERNESTO D BORGES JR         DEBTOR ATTY     1,800.00                         1,800.00
TOM VAUGHN                  TRUSTEE                                            903.03
DEBTOR REFUND               REFUND                                               .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                15,750.00

PRIORITY                                      3,776.62
SECURED                                       7,714.84
    INTEREST                                  1,195.18
UNSECURED                                       360.33
ADMINISTRATIVE                                1,800.00
TRUSTEE COMPENSATION                            903.03
DEBTOR REFUND                                      .00

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 09074 CORA L BALDWIN
```

```
                           ---------------      ---------------
TOTALS                           15,750.00            15,750.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                   /s/ Tom Vaughn
     Dated: 01/27/09               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```

```
                            PAGE   2
          CASE NO. 04 B 09074 CORA L BALDWIN
```